**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:07cv213**

| | |
|---|---|
| **NEW SUN, INC.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **NEW SUN NUTRITION, INC.,** ) <br> d/b/a The FRS Company, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' response to the Court's prior Order, entered December 18, 2007.

The Plaintiff has now effected service on the Defendant and the parties have agreed to an extension of time for answer or other pleading through February 8, 2008. The parties also advise that they are exploring the possibility of settlement. In the event that settlement occurs, the parties shall so advise the Court.

**IT IS, THEREFORE, ORDERED** that the time within which the Defendant may answer or otherwise plead is hereby extended through February 8, 2008.

**IT IS FURTHER ORDERED** that should the matter be settled, the parties shall so advise the Court on or before February 8, 2008.

Signed: January 4, 2008

Martin Reidinger
United States District Judge